# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>HECTOR DANIEL TORRES GOMEZ,<br><br>　　　　　　　Defendant. | Case No.: 23-cr-0182-JO<br><br>**ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |

　　　On February 24, 2023, the parties filed a Joint Motion to Continue the Motion Hearing/Trial Setting currently set for March 3, 2023 to April 7, 2023. For good cause appearing, the Court GRANTS the joint motion to continue [Dkt. 19] and sets the Motion Hearing/Trial Setting on April 7, 2023 at 1:30 p.m.

　　　For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. On February 21, 2023, a plea agreement was lodged before the Court, and a change of plea hearing is set for March 7, 2023.

　　　Accordingly, the Court finds that time from March 3, 2023, to April 7, 2023, shall be excluded under the Speedy Trial Act. 18 U.S.C. § 3161(h)(1)(G), (h)(7)(A).

IT IS SO ORDERED.

Dated: 3/1/23

Hon. Jinsook Ohta
UNITED STATES DISTRICT JUDGE

23-cr-0182-JO